IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:07-CR-89-1-TWT |
| CESERE GORSON CRAWFORD, | |
| Defendant. | |

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 28] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress Statements [Doc. 8], Motion to Suppress Evidence [Doc. 9] and Motion to Dismiss [Doc. 10]. The Defendant's objections to the Report and Recommendation are inconsistent with the controlling Eleventh Circuit and Supreme Court precedents cited by the Magistrate Judge in her thorough and well reasoned Report and Recommendation. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress Statements [Doc. 8], Motion to Suppress Evidence [Doc. 9] and Motion to Dismiss [Doc. 10] are DENIED.

SO ORDERED, this 19 day of September, 2007.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge